# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2014

147091

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

MICHAEL ANDREW RADANDT,
　　　　Defendant-Appellant.

SC: 147091
COA: 314337
St. Joseph CC: 12-017690-FH

_____/

　　　　On order of the Court, the application for leave to appeal the March 14, 2013 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration, as on leave granted, of the issue whether the police officers unlawfully expanded a "knock and talk" procedure by entering the defendant's backyard and walking onto a wooden deck, which was attached to the home, and, if a constitutional violation occurred, whether the good-faith exception to the exclusionary rule applies under these facts. In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining questions presented should be reviewed by this Court.



　　　　I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2014



p0122

Clerk